UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR<br><br>                    Plaintiff,<br><br>-against-<br><br>ANY AND ALL THE RELATED OF SO AS SHALL BE I SHOULD BE AS FOR FILED THROUGH: USA DEPT. OF JUSTICES UNITED NATIONS AND INTERNATIONAL COURTS,,<br><br>                    Defendant. | 23-CV-11251 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 21, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge